IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

These cases were originally filed as two multi-plaintiff actions styled <u>Pearlina Jones, et al. v. Kerr-McGee Chemical Corporation, et al.</u>, No. 2:03CV546 and <u>Betty Bolton, et al. v. Kerr-McGee Chemical Corporation, et al.</u>, No. 2:03CV297.  On February 10, 2005, the Court entered a Case Management Order requiring plaintiffs in these cases to provide defendants with certain disclosures and information about their various claims, including information linking plaintiffs' injuries with the alleged chemical exposure.  On July 12, 2005 and July 13, 2005, respectively, the court entered an order in the <u>Jones</u> case and in the <u>Bolton</u> case severing plaintiffs' claims and instructed the clerk to set up new files for the severed cases.       On September 27, 2005, the Court entered orders in all of the severed cases which required plaintiffs to pay individual $250 filing fees by October 27, 2005 and required each plaintiff in the severed cases to serve disclosures.  Plaintiffs' counsel moved for an extension of this deadline based on problems associated with Hurricane Katrina, and the court granted the motion and extended the deadline to December 27, 2005.

Plaintiffs identified in Exhibit A have failed to pay the filing fees and/or failed to comply with prior orders of the Court concerning the disclosure of information.

IT IS THEREFORE ORDERED AND ADJUDGED THAT the cases identified on Exhibit A are hereby dismissed without prejudice for failure to pay filing fees and/or failure to comply with prior orders of the Court concerning the disclosure of information.  The statute of limitations period for plaintiffs identified on Exhibit A shall be tolled until June 27, 2006, so as to allow ample time for each plaintiff who chooses to do so, to file his or her separate cause of action and pay the required filing fee.  Any plaintiff who refiles his or her case shall disclose to defendants all information required by the prior orders of the Court within thirty-days after the filing of the complaint.

2

Plaintiffs' counsel shall provide plaintiffs with a copy of this order of dismissal and shall notify plaintiffs of their right to refile and of the tolling of the statute of limitations until June 27, 2006.

SO ORDERED this the 30th day of January, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05CV410 | JAMESIA EATON | 2:05cv449 | HOWARD LEGGETT |
| 2:05CV411 | JEANNETTE AMERSON | 2:05cv450 | CHRISTY LOVE |
| 2:05CV412 | PRINCE AMERSON | 2:05cv451 | THOMAS W. LOVE |
| 2:05CV413 | STELLA ANDERSON | 2:05cv452 | VERA LOVE |
| 2:05CV414 | HERRY ASH | 2:05cv453 | HATTIE M. LUMZY |
| 2:05CV415 | BRIDGETT BARBER | 2:05cv454 | KAY MAGEE |
| 2:05CV416 | CAMRRON BARBER | 2:05cv455 | HAROLD MCDONALD |
| 2:05CV417 | JULIAN BARNES | 2:05cv456 | DELISA MCKINLEY |
| 2:05CV418 | JULIANA BARNES | 2:05cv457 | DORIS MCNAIR |
| 2:05CV419 | PATRICIA BARNES | 2:05cv458 | CHERYL MOSLEY |
| 2:05CV420 | MAX BLANK | 2:05cv459 | LORENZO MOSLEY |
| 2:05CV421 | ANZETTE BOWENS | 2:05cv460 | MARVIN MOSLEY |
| 2:05CV422 | LINDA BROWN-SMITH | 2:05cv461 | RODERIZE NIX |
| 2:05CV423 | DEANDRE COOPER | 2:05cv462 | ANTONIO OVERSTREET |
| 2:05CV424 | RHONDA COOPER | 2:05cv463 | CHRISTINE ROBINSON |
| 2:05CV425 | ALBERT CURRY | 2:05cv464 | DIANE SMITH |
| 2:05CV426 | IDA MAE CURRY | 2:05cv465 | FRED SMITH |
| 2:05CV427 | DESTINY DAHMER | 2:05cv466 | GARY LEE SMITH |
| 2:05cv428 | DARRELL DOSS | 2:05cv467 | LINET SMITH |
| 2:05cv429 | LEE ETTA DOSS | 2:05cv468 | STEPHON SMITH |
| 2:05cv430 | SOPHIA DOSS | 2:05cv469 | TAWANA SMITH |
| 2:05cv431 | NORMAN B. DOUGLAS | 2:05cv470 | TAYO SMITH |
| 2:05cv432 | CALVIN EATON | 2:05cv471 | ASHLEY SPANN |
| 2:05cv433 | DANNY EATON | 2:05cv472 | BRITTANY SPANN |
| 2:05cv434 | DESIRAE FAIRLEY | 2:05cv473 | DALVIN TATE |
| 2:05cv435 | RODERICK GATLIN | 2:05cv474 | ROSEMARY TOWNES |
| 2:05cv436 | JASON HALL | 2:05cv475 | DOROTHY WASHINGTON |
| 2:05cv437 | P. HARDNETT-MOSLEY | 2:05cv476 | GARY WHITE |
| 2:05cv438 | CHRISTAL HIBBLER | 2:05cv477 | ALVIN WILLIAMS |
| 2:05cv439 | FELICIA HIBBLER | 2:05cv478 | SHERELYNN WILSON |
| 2:05cv440 | NATHANIEL HIBBER JR. | 2:05cv479 | WAYNE WILSON |
| 2:05cv441 | NATHANIEL HIBBER SR. | 2:05cv480 | DORIS WOLFE |
| 2:05cv442 | SHAWN HIBBLER | 2:05cv481 | WILLIE WOLFE |
| 2:05cv443 | EDWARD HOLLINGSWORTH | 2:05cv482 | JOYCE WOLLARD |
| 2:05cv444 | LISA HUBBARD | | |
| 2:05cv445 | KAYLIS JACKSON | | |
| 2:05cv446 | LEON JAMES | | |
| 2:05cv447 | DEBORAH JOHNSON | | |
| 2:05cv448 | JOHN JOHNSON, II | | |

# EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv483 | HASKELL AGEE | 2:05cv521 | TATIANA DILLON |
| 2:05cv484 | WINSDALE ALLEN | 2:05cv522 | TERRANCE DILLON |
| 2:05cv485 | CORNELIA ANDERSON | 2:05cv523 | J. DONALDSON-COLE |
| 2:05cv486 | ADRIAN ASHFORD | 2:05cv524 | GEORGE DOSSETT |
| 2:05cv487 | AMBER ASHFORD | 2:05cv525 | HELEN R. DOSS-SMITH |
| 2:05cv488 | OZELL BARNES | 2:05cv526 | MAMIE DRAKE |
| 2:05cv489 | LUCILLE BELL | 2:05cv527 | HENRY DUCKSWORTH |
| 2:05cv490 | TEMEKA BERRY | 2:05cv528 | RICE DUCKSWORTH |
| 2:05cv491 | GINA GOUNDY BIVINS | 2:05cv529 | VERMEL DUCKWORTH |
| 2:05cv492 | JOSEPH BLAKE | 2:05cv530 | ERVIN EATMAN SR. |
| 2:05cv493 | ANETTE BOLTON | 2:05cv531 | MARY B. EATMAN |
| 2:05cv494 | GWENDOLYN BOLTON | 2:05cv532 | BETTIE EPTING |
| 2:05cv495 | TIMOTHY C. BOLTON | 2:05cv533 | RICHARD EPTING |
| 2:05cv496 | M. BOLTON-JACKSON | 2:05cv534 | VANESSA FAIRLEY |
| 2:05cv497 | CURTIS BOURNE | 2:05cv535 | V. MYKELLE FAIRLEY |
| 2:05cv498 | ERIC BOURNE | 2:05cv536 | VANYETTA FAIRLEY |
| 2:05cv499 | JAMES BOURNE | 2:05cv537 | MICHAEL FLOWERS |
| 2:05cv500 | RICKY BOURNE | 2:05cv538 | ANITA R. FORTNER |
| 2:05cv501 | G. BOURNE - LOVER | 2:05cv539 | JUSTIN FORTNER |
| 2:05cv502 | KATHERINE BRAZILLE | 2:05cv540 | CHRIS FOSTER JR. |
| 2:05cv503 | ARTICE C. BRISCO | 2:05cv541 | ARIEL GADDIS |
| 2:05cv504 | THELMA BUTLER | 2:05cv542 | CARROLL GADDIS SR. |
| 2:05cv505 | WILLIE BUTLER | 2:05cv543 | WILLIE MAY GADDIS |
| 2:05cv506 | JERMAIN CERTAIN | 2:05cv544 | PAMELA GORDON |
| 2:05cv507 | ADA W. COBB | 2:05cv545 | KAY GOUDY |
| 2:05cv508 | JAMESINA COLE | 2:05cv546 | RODERICK DEON GOUNDY |
| 2:05cv509 | DIANA COOK | 2:05cv547 | CLIFTON GRAHAM JR. |
| 2:05cv510 | FRANCES COOK | 2:05cv548 | ISACE GRAY |
| 2:05cv511 | MCNEIL COOK | 2:05cv549 | CAROL GRIMMETT |
| 2:05cv512 | SALL L. COOK | 2:05cv550 | ERVIN GRIMMETT |
| 2:05cv513 | EVELYN COOLEY | 2:05cv551 | MARY GRIMMETT |
| 2:05cv514 | ROSIE COX | 2:05cv552 | JOHNNIE GRINDLE |
| 2:05cv515 | TEMEKA COX | 2:05cv553 | JON M. HAMILTON |
| 2:05cv516 | LONNIE CRAIG | 2:05cv554 | JOSEPH HAMPTON |
| 2:05cv517 | SAROYA CROWELL | 2:05cv555 | SANDRA HAMPTON |
| 2:05cv518 | LINDA DEAN | 2:05cv556 | ASHLEY HARDY |
| 2:05cv519 | ELEANOR DILLON | 2:05cv557 | PAUL HARRIS |
| 2:05cv520 | GILL DILLON | 2:05cv558 | ALICE HARRIS-BOLES |

# EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv559 | RETHA HARRISON | 2:05cv597 | LINDA KEYS |
| 2:05cv560 | CHARLENE HATCH | 2:05cv598 | THELMA KEYS |
| 2:05cv561 | RICHARD HERVEY, JR. | 2:05cv599 | CHARLES KILLINGSWORTH |
| 2:05cv562 | EDDIE HIBBLER | 2:05cv600 | DOROTHY KILLINGSWORTH |
| 2:05cv563 | MARIE HIBBLER | 2:05cv601 | JESSIE KILLINGSWORTH |
| 2:05cv564 | CHARLES HILL, JR | 2:05cv602 | SUSIE KILLINGSWORTH |
| 2:05cv565 | DELORIS HILL | 2:05cv603 | DOROTHY LAMAR |
| 2:05cv566 | LYDIA HILL | 2:05cv604 | JAMES LEGGETT |
| 2:05cv567 | OLLIE W. HILL | 2:05cv605 | PEARLIE LEGGETT |
| 2:05cv568 | RITA HILL | 2:05cv606 | K. LEGGETT-MARSHALL |
| 2:05cv569 | CHARLES HILLS | 2:05cv607 | JERRY LITTLE |
| 2:05cv570 | GEORGE HINTON | 2:05cv608 | SUSAN LOCKETT, JR. |
| 2:05cv571 | CARLOS HOPKINS | 2:05cv609 | ASALENE MACK |
| 2:05cv572 | VALENCIA HOPKINS | 2:05cv610 | CLARENCE E. MAGEE |
| 2:05cv573 | LINDA C. HOSSLEY | 2:05cv611 | ARTIS MARK |
| 2:05cv574 | JERRY L. HUDNALL | 2:05cv612 | ROBERT LEE MARSHALL |
| 2:05cv575 | ILLIE HUDSON | 2:05cv613 | ANGELA D. MAXWELL |
| 2:05cv576 | RUTH WALKER | 2:05cv614 | ALDO MCBRIDE |
| 2:05cv577 | THOMAS HUNTER, JR | 2:05cv615 | TROY MCBRIDE |
| 2:05cv578 | JANICE L. HYDE | 2:05cv616 | TROY MCBRIDE |
| 2:05cv579 | HATTIE INGRAM | 2:05cv617 | OTIS MCCLENDON |
| 2:05cv580 | L.C. INGRAM | 2:05cv618 | DEBORAH MCCOY |
| 2:05cv581 | BENNIE JACKSON | 2:05cv619 | PATRICIA MCCRAY |
| 2:05cv582 | DEBORAH A. JENKINS | 2:05cv620 | CLARITA MCCULLUM |
| 2:05cv583 | ANGELA F. JOHNSON | 2:05cv621 | MARY MCCULLUM |
| 2:05cv584 | VALERIE Y. JOHNSON | 2:05cv622 | V. MCCULLUM-JONES |
| 2:05cv585 | WILLIE MAY JOHNSON | 2:05cv623 | CREMIA MCGEE |
| 2:05cv586 | ANFONNICHIO JONES | 2:05cv624 | CHARLES MCMANUS |
| 2:05cv587 | DORIS H. JONES | 2:05cv625 | DAISY MCMANUS |
| 2:05cv588 | JENNIFER JONES | 2:05cv626 | MYRTIS MCMANUS |
| 2:05cv589 | WALTER JONES | 2:05cv627 | BERNICE MCNAIR |
| 2:05cv590 | TIA JONES-YOUNG | 2:05cv628 | OCTAVIA MCWILLIAMS |
| 2:05cv591 | BEULAH KEATON | 2:05cv629 | ULUSSES C. MILTON II |
| 2:05cv592 | HAYWOOD KEATON | 2:05cv630 | ULUSSES C. MILTON SR |
| 2:05cv593 | HAYWOOD KEATON, JR | 2:05cv631 | JERRY MONTGOMERY |
| 2:05cv594 | RUTH KEATON | 2:05cv632 | PAUL MONTGOMERY |
| 2:05cv595 | CALVIN KEYS | 2:05cv633 | WALLACE MONTGOMERY |
| 2:05cv596 | KAREY KEYS | 2:05cv634 | WILLIE MOORE |

# EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv635 | RANDALL NIXON | 2:05cv673 | RICKEY SPANN |
| 2:05cv636 | ARABEDELLA PHILLIPS | 2:05cv674 | ESSIE STEWART |
| 2:05cv637 | BOBBY POPE JR | 2:05cv675 | EARLINE STRICKLAND |
| 2:05cv638 | RANDALL POPE | 2:05cv676 | TORY TERRELL |
| 2:05cv639 | CORSETTA PRUITT | 2:05cv677 | WILLIE THAMES |
| 2:05cv640 | ELMER JOE PRUITT | 2:05cv678 | JAMES THEODORE, II |
| 2:05cv641 | JOHN PRUITT, JR | 2:05cv679 | ANGELA THOMPKINS |
| 2:05cv642 | MICHAEL REED | 2:05cv680 | FLORA THOMPKINS |
| 2:05cv643 | CHARLOTTE RICHARDSON | 2:05cv681 | JOHN THOMPKINS, III |
| 2:05cv644 | EMMA RICHARDSON | 2:05cv682 | JOHN THOMPKINS, JR |
| 2:05cv645 | JADE RICHARDSON | 2:05cv683 | DAISY THORNE |
| 2:05cv646 | WILLIE RICHARDSON | 2:05cv684 | FELICIA TODD |
| 2:05cv647 | WILLIE A. ROBERTSON | 2:05cv685 | MELISSA TODD |
| 2:05cv648 | CHRISTENE ROBINSON | 2:05cv686 | ABRON WADE |
| 2:05cv649 | ANNETTE M. ROGERS | 2:05cv687 | ANNIE WADE |
| 2:05cv650 | ANNETTE ROGERS | 2:05cv688 | FRANK WADE |
| 2:05cv651 | JAMES ROGERS | 2:05cv689 | ROBERT WADE |
| 2:05cv652 | FRED ROSS | 2:05cv690 | GEORGIA WALDON |
| 2:05cv653 | JENNIFER ROSS | 2:05cv691 | JAMES WALDON |
| 2:05cv654 | EVA RUSSELL | 2:05cv692 | DEASON WALKER |
| 2:05cv655 | WILLIE RUTH | 2:05cv693 | FLOSSIE WALKER |
| 2:05cv656 | EMMETT SHAW | 2:05cv694 | GENNIE WALKER |
| 2:05cv657 | MARCUS SHAW | 2:05cv695 | JUANITA WALKER |
| 2:05cv658 | A. M. SHAW-MILTON | 2:05cv696 | PATRICIA WALKER |
| 2:05cv659 | DEBBIE SHELTON | 2:05cv697 | EARLIE WHITE |
| 2:05cv660 | LENZY SHELTON | 2:05cv698 | PATTIE S. WHITE |
| 2:05cv661 | MATTHEW DAVID SHELTON | 2:05cv699 | FRANK WHITSETT |
| 2:05cv662 | MATTHEW SHELTON SR. | 2:05cv700 | MARY WHITSETT |
| 2:05cv663 | MITCHELL SHELTON | 2:05cv701 | BRENDA WILLIAMS |
| 2:05cv664 | NAJALEE SHELTON | 2:05cv702 | DONALD WILLIAMS |
| 2:05cv665 | SONYA SHELTON | 2:05cv703 | KENESHA WILLIAMS |
| 2:05cv666 | MAE ALICE SIGGERS | 2:05cv704 | MARY WILLIAMS |
| 2:05cv667 | SHERRI SIGGERS-WHITE | 2:05cv705 | REBECCA WILLIAMS |
| 2:05cv668 | MARY L. SIMS | 2:05cv706 | SHAUNCEY WILLIAMS |
| 2:05cv669 | MARY SIMS | 2:05cv707 | ANGELA WILSON |
| 2:05cv670 | BARBARA C. SMITH, III | 2:05cv708 | BRIDGETT WILSON |
| 2:05cv671 | PERCY D. SMITH, III | 2:05cv709 | CHARLES A. WILSON |
| 2:05cv672 | PHYLLIS SPANN | 2:05cv710 | JOAN WILSON |

# EXHIBIT A

| CASE NUMBER | PLAINTIFF | CASE NUMBER | PLAINTIFF |
|---|---|---|---|
| 2:05cv711 | MELCHESTER WOODLAND | | |
| 2:05cv712 | PHILLIP WOODLAND | | |
| 2:05cv713 | ROBERT WOODLAND | | |
| 2:05cv714 | CLEVESTER WOODS | | |
| 2:05cv715 | LENARD WOODS | | |
| 2:05cv716 | LILLIE PEARL WOODS | | |
| 2:05cv717 | PATRISLEA WOODS | | |
| 2:05cv718 | WILLIE ESTER WOODS | | |
| 2:05cv719 | PEARLINE WORSHAM | | |
| 2:05cv720 | JOHN YOUNG | | |
| 2:05cv2164 | BRAD NIX, III | | |